# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of -- ) | |
| ) | |
| Readiness Management Support, L.C. ) | ASBCA No. 60881-974 |
| ) | |
| Under Contract No. N65236-06-D-6864 ) | |

APPEARANCE FOR THE PETITIONER:

Dustin P. Monokian, Esq.
Assistant General Counsel
IAP Worldwide Services, Inc.
Cape Canaveral, FL

APPEARANCES FOR THE GOVERNMENT:

Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Stephanie Cates-Harman, Esq.
Assistant Director

## ORDER PURSUANT TO RULE 1(a)(5)
## DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

The contractor filed, under Board Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on a 15 May 2012 claim for alleged unpaid costs. The government has advised that the parties will enter into settlement discussions and that if a settlement cannot be reached by 6 February 2017, that a final decision on the claim will be issued by 6 April 2017, a date to which the contractor does not object. We deem this to be reasonable.

Accordingly, the Board hereby directs the contracting officer to issue a decision on the contractor's claim by 6 April 2017.

This Order completes all necessary action by the Board. If the contracting officer fails to comply with this Order, such failure will be deemed a decision by the contracting officer denying the claim, and the contractor may appeal to this Board or sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5), or 7104, as appropriate.

Dated: 17 January 2017

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

_____
RICHARD A. SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

_____
CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 60881-974, Petition of Readiness Management Support, L.C., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals